## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALEXANDER KON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **UNITED STATES SECURITIES AND** | ) |
| **EXCHANGE COMMISSION** | ) |
| | ) |
| **Defendant.** | ) |

**Case No. 2:17-cv-02105**

### NOTICE OF APPEAL

Notice is hereby given that Alexander Kon, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum and Order, *Dkt. No.* 20 entered in this action on March 28, 2017.

Date:   March 28, 2017

Respectfully submitted,

KENNYHERTZ PERRY, LLC


/s/ Marc S. Wilson
Marc S. Wilson (Ks. Bar No. 22428)
Braden M. Perry (Ks. Bar No. 21022)
420 Nichols Road, Suite 207
Kansas City, MO 64112
Phone: (816) 527-9447
Fax: (855) 844-2914
marc@kennyhertzperry.com
braden@kennyhertzperry.com
Counsel for Plaintiff Alexander Kon

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2017, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Kansas, using the Court's Electronic Case Filing system, which will send a notice of electronic filing to the following:

Justin M. Sandberg     justin.sandberg@usdoj.gov

Matthew J. Berns     matthew.j.berns@usdoj.gov

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

None.

/s/ Marc S. Wilson
Attorneys for Plaintiff