IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ALEXANDER KON,

                Plaintiff,

v.

U.S. SECURITIES AND EXCHANGE COMMISSION,

                Defendant,

CIVIL ACTION

No. 17-2105-JAR

## **JUDGMENT**

This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that pursuant to the Memorandum and Order filed and entered on March 28, 2017 (Doc. 20), this case is **dismissed** for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: March 29, 2017

                                            s/ Bonnie Wiest
                                            By Deputy Clerk
                                            TIMOTHY M. O'BRIEN
                                            Clerk of the District Court