UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

| | | |
|---|---|---|
| TIMOTHY M. O'BRIEN<br>CLERK OF COURT<br><br>INGRID A. CAMPBELL<br>CHIEF DEPUTY CLERK<br><br>259 U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KANSAS 66101<br>(913) 735-2200 | Kansas City, Kansas<br><br>March 29, 2017 | 204 U.S. COURTHOUSE<br>401 N. MARKET<br>WICHITA, KANSAS 67202<br>(316) 315-4200<br><br>490 U.S. COURTHOUSE<br>444 S.E. QUINCY<br>TOPEKA, KANSAS 66683<br>(785) 338-5400 |

**SEE NOTICE OF ELECTRONIC FILING**

Retained Counsel Appeal

Re:  Alexander Kon v. U.S. Securities and Exchange Commission
\*\*AMENDED PRELIMINARY RECORD
 District Court Case No:  2:17-cv-02105-JAR-GLR
Notice of Appeal filed by:  Plaintiff, Alexander Kon
Fee Status:  Paid.
        The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

        **RETAINED** Counsel for the appellant is instructed to download the  "**Initial Appeal Documents and Instructions**" for this appeal from www.ca10.uscourts.gov.   Please follow the instructions for Transcript Order Form (for appellant only) and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance.  For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

        If you have any questions, please contact the office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at 303.844.3157.

                                Sincerely,
                                TIMOTHY M. O'BRIEN
                                CLERK OF COURT


                                By:  s/ Charles Van Ness
                                     Deputy Clerk


cc: Clerk, U.S. Court of Appeals
        (Notice of Appeal, Docket Sheet & Preliminary Record)