FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 19, 2017

Elisabeth A. Shumaker
Clerk of Court

_____

ALEXANDER KON,

   Plaintiff - Appellant,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

   Defendant - Appellee.

No. 17-3066
(D.C. No. 2:17-CV-02105-JAR-GLR)
(D. Kan.)

_____

**ORDER**
_____

Appellant's amended motion to dismiss this matter is granted.  Appellant's first motion to dismiss is denied as moot. *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk